NUMBER 13-07-030-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


ZACHARY AGUIRRE, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_________________________________________________________


On appeal from the 214th District Court 


of Nueces County, Texas.


_________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, ZACHARY AGUIRRE, perfected an appeal from a judgment entered
by the 214th District Court of Nueces County, Texas, in cause number 05-CR-3863-F. Appellant has filed a motion to withdraw notice of appeal. The motion complies
with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
withdraw notice of appeal, is of the opinion that appellant's motion should be granted. 
Appellant's motion to withdraw notice of appeal is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 1st day of March, 2007.